[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

JEAN M. Pica Shreve )
_____ )
_____ )
)
Plaintiff(s), )
)
v. )
ADVOCATE Home )
Health Care )
)
Defendant(s). )

16cv9488
JUDGE FEINERMAN
MAG. JUDGE MASON

Case

RECEIVED

OCT 04 2016
10-4-16 TTR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is JEAN M Pica Shreve of the county of Will in the state of Illinois.

3. The defendant is Advocate Home Health care, whose street address is 10201 Cicero Ave,
(city) Oak lawn (county) Cook (state) Illinois (ZIP) 60446

(Defendant's telephone number) (708) – 422-0799

4. The plaintiff sought employment or was employed by the defendant at (street address)
10201 Cicero Ave (city) Oak lawn
(county) Cook (state) Ill (ZIP code) 60446

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.     The plaintiff [*check one box*]

(a)  ☐  was denied employment by the defendant.

(b)  ☐  was hired and is still employed by the defendant.

(c)  ☒  was employed but is no longer employed by the defendant.

6.     The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)____O5____, (day)__24__, (year)__2013__.

7.1    **(Choose paragraph 7.1 or 7.2, do not complete both.)**

(a)   The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has*  ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i)   ☒ the United States Equal Employment Opportunity Commission, on or about

(month)__06__  (day)__06__  (year)__2013__.

(ii)  ☒ the Illinois Department of Human Rights, on or about

(month)____06____  (day)_06_  (year)__2013__.

(b)   If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

(a)     the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☒ Yes (month)_____06_____ (day)_Ob___ (year) _13___

☐ No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month) _08_____

(day) _31__ (year) _2016_.

(c)     Attached is a copy of the

(i)  Complaint of Employment Discrimination,

☒ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ Yes    ☐ N0, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐     the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month) _08_____ (day)_31___ (year) _2016__ a copy of which

*Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.    The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): Regarding Being on Workman comp & while out Were sending letters, message to return Computer, supplies etc which they had Never Asked from Any other Employee that was out of work.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Due to A car accident inwhich I WAS hit By Another car on the way to work,

13. The facts supporting the plaintiff's claim of discrimination are as follows:

they would Sent me into Very Bad Environment inwhich others were Sent with Security or In High Riser Knowing Ietm Clastorphoi of Elevator, & I requested Accomadation was never provided it I was Discrimated By race & Disability As many other in the Company People were treated Differenthy Due to color or race on where I would be Sent to the Area. Sometimes would be given 12 patients, S more Admissions When other Only got one or two Admission,

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☒ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): TO Compensate for lost WAges, PAIN, & Suffering, Pension that was taken Away, Income, Stress due to not Having Asecond Income & depression

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

from not being Hired Back even Though I was given Awards For Excellent performance, Never written up, etc

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)  ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)  ☒ Grant such other relief as the Court may find appropriate.


_____
(Plaintiff's signature)

_____ JEAN mPICA-Shreve _____
(Plaintiff's name)

_____ 625 hudson Ave _____
(Plaintiff's street address)

(City) Romeoville (State) Ill (ZIP) 60446

(Plaintiff's telephone number) (708) – 215-0736


Date:  10/4/16

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2013-03791 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Miss Jean M. Pica-Shreve** | **(708) 215-0736** | **08-13-1971** |

| Street Address | City, State and ZIP Code |
|---|---|
| **625 Hudson Ave, Romeoville, IL 60446** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **ADVOCATE HOME HEALTH CARE** | **500 or More** | **(708) 422-0799** |

| Street Address | City, State and ZIP Code |
|---|---|
| **10201 Cicero Ave, Oak Lawn, IL 60453** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest      Latest
**05-24-2013**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent in or around May 2008. My most recent position was Registered Nurse. During my employment, I notified Respondent of my disability and requested an accommodation. Subsequently, I was not accommodated, not allowed to return to work and discharged.

I believe I have been discriminated against because of my disability, in violation of the American with Disabilities Act of 1990, as amended.

I also believe I have been discriminated against because of my race, White, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC

JUN 0 6 2013

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jun 06, 2013                *Charging Party Signature*<br>Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To:   Jean Pica-Shreve
      625 Hudson Ave
      Romeoville, IL 60446

From:   Chicago District Office
        500 West Madison Street, #2000
        Chicago, IL 60661

[ ]  On behalf of person(s) aggrieved whose identity is
     CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2013-03791 | Kimberly M. Engram, Investigator | (312) 869-8035 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]  More than 180 days have passed since the filing of this charge.

[ ]  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]  The EEOC is terminating its processing of this charge.

[ ]  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Julianne Bowman,
District Director

8/31/16
(Date Mailed)

Enclosures(s)

cc:   Mary Ellen Cherry
      Assistant General Counsel
      ADVOCATE HEALTHCARE
      3075 Highland Parkway, #600
      Downers Grove, IL 60515